UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEX PAUL PAPPILLION(#182589)

VERSUS

FRED CLARK, ET AL.

CIVIL ACTION

NUMBER 07-449-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that this action shall be DISMISSED, with prejudice, as legally frivolous pursuant to 42 U.S.C. §1983.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45176