UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEX PAUL PAPPILLION(#182589)

VERSUS                                          CIVIL ACTION

FRED CLARK, ET AL.                              NUMBER 07-449-FJP-DLD

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendants and against the plaintiff, dismissing this action, with prejudice, as legally frivolous pursuant to 42 U.S.C. §1983.

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45176